UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A ROSITANO, Jr., and Individual on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCELERATED RECOVERY SERVICES, INC.,<br><br>    Defendant. | **CASE NO.: 5:16-cv-01922-BLF**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL OF NAMED PLAINTIFF WITH PREJUDICE AND PUTATIVE CLASS WITHOUT PREJUDICE** |

1  Pursuant to the stipulation and joint request, IT IS HEREBY ORDERED that
2  the action of plaintiff ROBERT A ROSITANO, Jr. against defendant
3  ACCELERATED RECOVERY SERVICES, INC. be dismissed with prejudice and
4  the claims of the putative class in this action against defendant ACCELERATED
5  RECOVERY SERVICES, INC. be dismissed without prejudice.   Each party shall
6  bear its own costs and attorneys' fees.

9  **IT IS SO ORDERED.**

11  DATED: June 30, 2016

15  By: /s/ Beth Labson Freeman
16  Hon. Beth Labson Freeman
    United States District Judge